

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00533-CV

Clint **TUMA**,
Appellant

v.

Dennis **BROWNLEY**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 22523B
Honorable M. Patrick Maguire, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against appellant Clint Tuma.

SIGNED June 4, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice